BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
KATHRYN R. WATSON
Special Assistant United States Attorney
California Bar No. 244142
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8928
    Facsimile: (415) 744-0134
    E-Mail: kathryn.watson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| STAN P. HARRIS,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 10-cv-1220-AWI-GSA<br><br>ORDER REGARDING MOTION TO EXTEND TIME |

    Defendant hereby moves, with the permission of the Court as evidenced below, that the Defendant's time for responding to Plaintiff's Motion for Summary Judgment (Doc. # 15) be extended to April 9, 2011. Defendant contacted Plaintiff's counsel to request a stipulation and has not heard back.

    This is Defendant's first request for an extension of time to respond to Plaintiff's motion.

///

///

///

///

///

Defendant needs the additional time to further review the file and prepare a response in this matter.

Respectfully submitted,

Dated: February 23, 2011

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Kathryn R. Watson*
KATHRYN R. WATSON
Special Assistant United States Attorney

**ORDER**

Defendant shall have to and including **March 25, 2011,** within which to file an opposition brief in this matter.

IT IS SO ORDERED.

**Dated:   February 24, 2011**              **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE