1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STAN P. HARRIS, | ) | 1:10-cv-01220 AWI GSA |
| Plaintiff, | ) | **ORDER VACATING ORDER TO SHOW CAUSE** |
| v. | ) | (Document 18) |
| MICHAEL ASTRUE, Commissioner of Social Security, | ) | **ORDER RE STIPULATION FOR EXTENSION OF TIME** |
| Defendants. | ) | (Document 20) |
| _____ | ) | |

On April 4, 2011, the Court issued an order to show cause why sanctions should not be imposed for Defendant's failure to file an opposition to Plaintiff's opening brief by March 25, 2011.  (Doc. 18.)

On April 7, 2011, Defendant filed a response to the order to show cause.  Defendant's counsel explained that missing the filing deadline was not purposeful but was the result of an oversight and a calendaring error.  Counsel indicated also that the calendaring error "was due to the volume of work assigned . . .."  (Doc. 19 at 2.)  Defendant's counsel noted the parties would be filing a stipulation to extend the deadline for filing an opposition to no later than April 9, 2011.  (Doc. 19 at 2; *see also* Doc. 20.)

1

Based on the foregoing, it appears that Defendant's failure to file an opposition brief was inadvertent.  Accordingly, the order to show cause is hereby DISCHARGED.  Defendant's request for an extension of time is GRANTED.  Defendant shall file and serve the opposition brief no later than April 9, 2011.   Plaintiff's reply, if any, shall be due in accordance with the scheduling order.

IT IS SO ORDERED.

Dated:   **April 11, 2011**          _____/s/ **Gary S. Austin**_____
UNITED STATES MAGISTRATE JUDGE

2